PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4019
E mail: Jeffrey.lodge@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRID L. MARGRAF, | Case No. 2:21-cv-02404 JAM-CKD |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Pursuant to the terms of a written settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the case be dismissed with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

///

///

///

///

STIPULATION FOR DISMISSAL WITH PREJUDICE;
ORDER                                                                                       1

IT IS SO STIPULATED.

                                                Respectfully submitted,

Dated:  September 14, 2023        PHILLIP A. TALBERT
                                            UNITED STATES ATTORNEY


                                            /s/Jeffrey J. Lodge
                                            JEFFREY J. LODGE
                                            Assistant United States Attorney
                                            Attorneys for the United States

Dated: September 14, 2023         PENNEY & ASSOCIATES

                                            (As authorized 09/18/2023)

                                            /s/ Garrett Penney
                                            GARRETT PENNEY
                                            Attorneys for Plaintiff, Grid L. Margraf


### ORDER

The above stipulation is APPROVED, and this action is hereby **DISMISSED WITH PREJUDICE**.

Dated: September 18, 2023         /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE